# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS LABORERS' DISTRICT COUNCIL, Plaintiff<br><br>vs.<br><br>AG ASBESTOS, INC., Defendant | C.A. No.<br><br>04-12633 RWZ<br><br>MAGISTRATE JUDGE Alexander |

RECEIPT #_____
AMOUNT $ 150
SUMMONS ISSUED YES
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK Tom
DATE 12/16/04

## COMPLAINT

## NATURE OF ACTION

1. This is an action brought pursuant to §301 of the Labor Management Relations Act ("the Act"), 29 U.S.C. §185 to enforce a labor arbitration award.

## JURISDICTION

2. The Court has jurisdiction of this action pursuant to 28 U.S.C. §1331 and §1337.

## PARTIES

3. Plaintiff Massachusetts Laborers' District Council ("Union") is a labor organization within the meaning of §301 of the LMRA, 29 U.S.C. §185. The Union is administered at 7 Laborers' Way, Hopkinton, Massachusetts, within this judicial district.

4. Defendant AG Asbestos, Inc. (hereinafter "AG" or "the Employer"), is a Massachusetts corporation with a principal place of business at 255 Erving Avenue, Lawrence, Massachusetts, and is an employer within the meaning of 29 U.S.C. §152(2) and §185.

## GENERAL ALLEGATIONS OF FACT

5. Plaintiff and Defendant are parties to a collective bargaining agreement that is a contract within the meaning of 29 U.S.C. §185 and that, among other things, provides for final and binding arbitration of disputes arising under the agreement before an Arbitration Board comprised of two Union and two Building Wreckers' Association representatives.

6. On or about February 25, 2004, a letter was sent by certified mail to AG, notifying it of an arbitration hearing scheduled for March 17, 2004, to assess AG for its fringe benefit delinquency, interest, damages and fees. A copy of that letter is attached as Exhibit A.

7. On March 17, 2004 the Joint Grievance Committee heard evidence that AG had been audited and determined to owe $137,578.51 in delinquent contributions and further, that it had been notified of the hearing but had failed to attend. The Committee issued a decision awarding the Funds the principal amount of $137,578.51, late payment interest fees of $35.51, liquidated damages of $13,757.00 and counsel fees in the amount of $1,500.00. A copy of that Decision is attached hereto as Exhibit B.

8. By certified letter dated April 20, 2004, AG was mailed a copy of the Decision. A copy of that letter is attached hereto as Exhibit C.

9. To date and without any lawful justification, Defendant has failed and refused to comply with the Award.

10. The Massachusetts Arbitration Act requires that any action to vacate an arbitration award be filed within thirty (30) days of receipt of the award. M.G.L. c. 150 §11.

11. AG failed to file an action to vacate the arbitration award within 30 (30) days of its receipt.

2

## RELIEF REQUESTED

WHEREFORE, plaintiff requests that judgment be entered against Defendant:

a. ordering Defendant to comply with the Arbitration Board's Decision;

b. ordering Defendant to pay Plaintiff's costs and attorney's fees for bringing this action;

c. ordering such further and other relief as may be just and proper including, but not limited to, declaring that Defendant is time-barred from asserting any affirmative defenses because the statutory period of thirty (30) days for asserting such defenses has elapsed.

Respectfully submitted,

MASSACHUSETTS LABORERS'
DISTRICT COUNCIL,

By its attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: December 15, 2004

ARS/ars&ts
6306 04-485/complt-mldc.doc

3

Case 1:04-cv-12633-RWZ    Document 1    Filed 12/16/2004    Page 4 of 13

# O'REILLY, GROSSO & GROSS, P.C.
### ATTORNEYS AT LAW
1671 WORCESTER ROAD, SUITE 205
FRAMINGHAM, MA 01701-5400

JOHN D. O'REILLY, III
JAMES F. GROSSO
KARL J. GROSS
STEPHEN L. ROSSETTI, JR.

(508) 620-0055
Fax  (508) 620-7655

February 25, 2004

CERTIFIED MAIL NO. 7000 1670 0006 8731 5779
RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Brunilda Rodriguez
AG Asbestos, Inc.
255 Erving Avenue
Lawrence, MA  01841

Dear Ms. Rodriguez:

As you have not responded to my letter of February 6, 2004 on behalf of the Massachusetts Laborers' Benefit Funds, with regard to your non-payment of fringe benefit contributions and late fees, and as I understand that the Union has obtained documentation that you are not reporting contribution hours for individuals who are working on your project, and whose names appear on the certified payrolls for your project, we have scheduled an arbitration hearing under your collective bargaining agreement with the Massachusetts Laborers' District Council for 11:10 a.m. on March 17, 2004.

At this hearing, there will be a claim for an assessment of interest, liquidated damages and counsel fees, as well as a designation of an audit date. You should make every effort to appear at this hearing, as the Committee will proceed to hear the case, whether you appear or not.

Very truly yours,

John D. O'Reilly, III

JDO/plw

cc:  Massachusetts Laborers' Benefit Funds
     Massachusetts Laborers' District Council
     Angela Pavone, Laborers' Local 560

E:\Documents\John O'Reilly\MLBF-Delinquencies\AG Asbestos\02-25-04 Ltr.doc



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery<br>2-26-04 |
| | C. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>BRUNILDA ROGRIGUEZ<br>AG ASBESTOS, INC.<br>255 ERVING AVENUE<br>LAWRENCE, MA   01841 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No | |
| | 3. Service Type<br>XXX Certified Mail    ☐ Express Mail<br>☐ Registered          ☐ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 2. Article Number *(Copy from service label)*<br>7000 1670 0006 8731 5779 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt<br>LAB. DEL. | 102595-00-M-0952 |

Case 1:04-cv-12633-RWZ    Document 1    Filed 12/16/2004    Page 7 of 13

MASSACHUSETTS LABORERS' DISTRICT COUNCIL
JOINT GRIEVANCE COMMITTEE

GRIEVANCE COMMITTEE DECISION

Re:   A G Asbestos, Inc.

This matter came before the Joint Grievance Committee under the collective bargaining agreement between A G. Asbestos, Inc. and the Massachusetts Laborers' District Council on March 17, 2004. The evidence presented indicated that, on February 26, 2004, A G Asbestos had contacted Attorney O'Reilly, who represents the Massachusetts Laborers' Benefit Funds, indicating that they were awaiting results of an audit, and requested the consideration of a payment plan to be set up between the company and the benefit funds. The audit was completed on March 5, 2004, reflecting an amount due of $137,578.51. The company did not appear at the scheduled Grievance Committee hearing, notwithstanding both certified and regular mail notice of that hearing. The Committee assesses A G Asbestos, Inc. the principal amount of $137,578.51, late payment interest fees of $35.51, together with liquidated damages of $13,757.00 and counsel fees in the amount of $1,500.00.

Massachusetts Laborers' Joint Grievance Committee

_____            _____
                                     Christopher Murphy
_____

E:\Documents\John O'Reilly\MLBF-Delinquencies\AG Asbestos\Arb Decision.doc

# O'REILLY, GROSSO & GROSS, P.C.
## ATTORNEYS AT LAW
1671 WORCESTER ROAD, SUITE 205
FRAMINGHAM, MA 01701-5400

JOHN D. O'REILLY, III
JAMES F. GROSSO
KARL J. GROSS
STEPHEN L. ROSSETTI, JR.

(508) 620-0055
Fax (508) 620-7655

April 20, 2004

CERTIFIED MAIL NO. 7000 1670 0006 8731 6288
RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

A G Asbestos, Inc.
255 Erving Avenue
Lawrence, MA  01841

Dear Sir/Madam:

I am enclosing the Decision of the Massachusetts Laborers' Joint Grievance Committee determining that, pursuant to an audit conducted in March of 2004, you are obligated to pay Massachusetts Laborers' Benefit Funds the principal amount of $137,578.51, late payment interest fees of $35.51, liquidated damages of $13,757.00 and counsel fees of $1,500.

Kindly contact me immediately to make arrangements for payment. If this matter is not resolved within 30 days of your receipt of this decision, we will be pursuing the matter immediately, without further notice to you, in the United States District Court, wherein we will be seeking the assessment of additional counsel fees and costs. I trust that will be unnecessary.

Please contact me immediately.

Very truly yours,

John D. O'Reilly, III

JDO/plw
Enclosure

A G Asbestos, Inc.
April 20, 2004
Page 2


cc:     Philip Mackay, Collections Agent
        Massachusetts Laborers' Benefit Funds

cc:     Paul J. McNally, Business Manager
        Massachusetts Laborers' District Council


E:\Documents\John O'Reilly\MLBF-Delinquencies\AG Asbestos\A G Asbestos Ltr 04-20-04.doc

MASSACHUSETTS LABORERS' DISTRICT COUNCIL
JOINT GRIEVANCE COMMITTEE

GRIEVANCE COMMITTEE DECISION

Re:   A G Asbestos, Inc.

This matter came before the Joint Grievance Committee under the collective bargaining agreement between A G. Asbestos, Inc. and the Massachusetts Laborers' District Council on March 17, 2004. The evidence presented indicated that, on February 26, 2004, A G Asbestos had contacted Attorney O'Reilly, who represents the Massachusetts Laborers' Benefit Funds, indicating that they were awaiting results of an audit, and requested the consideration of a payment plan to be set up between the company and the benefit funds. The audit was completed on March 5, 2004, reflecting an amount due of $137,578.51. The company did not appear at the scheduled Grievance Committee hearing, notwithstanding both certified and regular mail notice of that hearing. The Committee assesses A G Asbestos, Inc. the principal amount of $137,578.51, late payment interest fees of $35.51, together with liquidated damages of $13,757.00 and counsel fees in the amount of $1,500.00.

Massachusetts Laborers' Joint Grievance Committee

_____          _____
_____

E:\Documents\John O'Reilly\MLBF-Delinquencies\AG Asbestos\Arb Decision.doc

```
7000 1670 0006 8731 6288
```

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

A. G. Asbestos, Inc.
255 Erving Avenue
Lawrence, MA 01841

PS Form 3800, May 2000

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   AG Asbestos, Inc.
   255 Erving Avenue
   Lawrence, MA 01841

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): G. Guzman
B. Date of Delivery: 4/21/04
C. Signature: X _Vince Guzman_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7000 1670 0006 8731 6288

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

MASSACHUSETTS LABORERS' DISTRICT COUNCIL

**DEFENDANTS**

AG Asbestos, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | | ☐ 640 R.R. & Truck | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| | **PERSONAL PROPERTY** | | | |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 861 HIA 1395ff | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 893 Environmental Matters |
| | | | ☐ 862 Black Lung (923) | ☐ 894 Energy Allocation Act |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI 405(g) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☒ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This is a claim to collect unpaid benefit fund contributions, brought pursuant to ERISA, 29 U.S.C. Sec. 1132.

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Massachusetts Laborers' District Council v. AG Asbesots, Inc.

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ___ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)).
   N/A

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?        YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC 2403)    YES ☐    NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?    YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC 2284?    YES ☐    NO ☒

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL SECTION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER COUNTY) - (SEE LOCAL RULE 40.1(C)).    YES ☐    NO ☒
   OR IN THE WESTERN SECTION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)? - (SEE LOCAL RULE 40.1(D)).    YES ☐    NO ☒

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN SECTIONS OF THE DISTRICT?    YES ☐    NO ☒
   (a)    IF YES, IN WHICH SECTION DOES THE PLAINTIFF RESIDE? _____

9. IN WHICH SECTION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? N/A

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL SECTION: YES ☐ NO ☐   N/A   OR WESTERN SECTION: YES ☐ NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME Anne R. Sills
ADDRESS Segal, Roitman & Coleman, 11 Beacon Street, Suite #500, Boston, MA 02108
TELEPHONE NO. (617) 742-0208

(Categfrm.rev - 3/97)