# United States District Court

_____ DISTRICT OF _____

MASSACHUSETTS LABORERS' DISTRICT COUNCIL,
   Plaintiff

     V.

AG Asbestos, Inc.,
   Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04 - 12633 RWZ

TO: (Name and address of defendant)

 AG Asbestos, Inc.
 255 Erving Avenue
 Lawrence, MA  01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

 Anne R. Sills, Esquire
 Segal, Roitman & Coleman
 11 Beacon Street
 Suite #500
 Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TOM ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  DEC 1 6 2004

AO

NA

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

February 3, 2005

I hereby certify and return that on 2/3/2005 at 12:55PM I served a true and attested copy of the summons, exhibits A through C and complaint in this action in the following manner: To wit, by delivering in hand to Gina Guzman, manager, agent, person in charge at the time of service for AG Asbestos Inc, 60B Brook Street Lawrence MA 01841 . Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

and

/s/ Fraser

Deputy Sheriff  Trevor Fraser

Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                    Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure