# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**MASS. LABORERS' DISTRICT COUNCIL**
  **Plaintiff**

  V.

**AG ASBESTOS, INC.**
  **Defendant**

CIVIL ACTION

NO.  **04CV12633-RWZ**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **MASS. LABORERS' DISTRICT COUNCIL** for an order of Default for failure of the Defendant, **AG ASBESTOS, INC.**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **29TH** day of **MARCH**, 2005.

SARAH THORTON
CLERK OF COURT

By:  **s/ Lisa A. Urso**
  **Deputy Clerk**

**Notice mailed to:**
**Plaintiff & defendant**

(Default Notice.wpd - 12/98)                                      [ntcdflt.]